

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00595-CR

David **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8109
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

We withdraw our opinion and judgment dated May 24, 2017. In accordance with this court's opinion of this date, the trial court's judgments on Count Two, Count Four, and Count Six are REVERSED, and a judgment of ACQUITTAL is RENDERED on each of those counts. The trial court's judgments on Count One, Count Three, and Count Five are AFFIRMED.

SIGNED July 19, 2017.

Sandee Bryan Marion, Chief Justice